FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N

★ MAR 07 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLGA CABALLERO; JIE DU, by her next friend MICHAEL TONG; ALEJANDRA NEGRON, MARIANO VAZQUEZ, by his next friend IRAIDA VASQUEZ; and JUAN SANTOS, by his next friend RITA BAEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>SENIOR HEALTH PARTNERS, INC; HEALTHFIRST, INC; HF MANAGEMENT SERVICES, LLC; HEALTHFIRST HEALTH PLAN, INC.; XYZ CORPORATIONS 1-10; and HOWARD ZUCKER, as Commissioner of the New York State Department of Health,<br><br>Defendants. | 16-cv-00326 (CLP) |
| MADELINE BUCCERI, PATRICIA TRUJILLO, and LOURDES LO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>HOWARD ZUCKER, in his official capacity as Commissioner of the New York State Department of Health, HF MANAGEMENT SERVICES, LLC, SENIOR HEALTH PARTNERS, INC., HF ADMINISTRATIVE SERVICES, INC., HEALTHFIRST, INC. and HEALTHFIRST HEALTH PLAN, INC.,<br><br>Defendants. | 18-cv-2380 (CLP) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned Counsel that this action is settled. All parties hereby stipulate and agree to the dismissal of this action with prejudice, subject to the Court's period of continuing jurisdiction, which pursuant to Sections X, XII.D of the Stipulation and Order of Settlement (ECF No. 89-1), shall last until January 7, 2021.

DATED: February 27, 2019

_____
Jane Greengold Stevens
NEW YORK LEGAL ASSISTANCE GROUP
7 Hanover Square, 7th Floor
New York, NY 10004
Tel: 212-613-5031
JStevens@nylag.org

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
Karen R. King
Emily A. Weissler
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3784
Kking@paulweiss.com
Eweissler@paulweiss.com

*Attorneys for Caballero Plaintiffs*

So Ordered
/s/ Cheryl Pollak
USMJ
3/7/19

Doc#: US1:12607653v1

DATED: March 1, 2019

THE LEGAL AID SOCIETY
Judith Goldiner
Ken Stephens
199 Water Street
New York, NY 10038
Tel: 212- 577-3300
jgoldiner@legal-aid.org
kstephens@legal-aid.org

WINSTON & STRAWN LLP
Jeffrey L. Kessler
200 Park Avenue
New York, NY 10166
Tel: 212-294-4698
JKessler@winston.com

*Attorneys for Bucceri Plaintiffs*

DATED: February X, 2019

LETITIA A. JAMES
Attorney General for the
State of New York

By: Joshua E. Keller
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8367
Joshua.Keller@ag.ny.gov

*Attorneys for the New York State Department of Health*

DATED: February [X], 2019

        THE LEGAL AID SOCIETY
        Judith Goldiner
        Ken Stephens
        199 Water Street
        New York, NY 10038
        Tel: 212- 577-3300
        jgoldiner@legal-aid.org
        kstephens@legal-aid.org

        WINSTON & STRAWN LLP
        Jeffrey L. Kessler
        200 Park Avenue
        New York, NY 10166
        Tel: 212-294-4698
        JKessler@winston.com

        *Attorneys for Bucceri Plaintiffs*

DATED: February 28, 2019

        LETITIA JAMES
        Attorney General for the
        State of New York

        By: Joshua E. Keller
        Assistant Attorney General
        28 Liberty Street
        New York, NY 10005
        Tel: (212) 416-8367
        Joshua.Keller@ag.ny.gov

        *Attorneys for the New York State Department of Health*

4

DATED: February 28, 2019

/s/ Scott B. Klugman

Scott B. Klugman
Seth L. Levine
LEVINE LEE LLP
650 Fifth Avenue, 13th Floor
New York, NY 10019
Tel: 212-223-4400
sklugman@levinelee.com
slevine@levinlee.com
*Attorneys for the Healthfirst Defendants*